IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

NATIONAL TRUST INSURANCE CO.,

    Plaintiff,

v.                                                                                    No.:   2:16-cv-02697-SHM-cgc

A-Z LIGHTNING PROTECTION, LLC, AND
CHIEF ELECTRIC COMPANY

    Defendants.

## JOINT NOTICE OF SETTLEMENT

      Come now the parties, by and through counsel of record, and give notice that all matters between the parties have been settled and compromised.  The parties estimate that a proposed Stipulation of Dismissal and Order of Dismissal will be submitted to the court within seven (7) days of the filing of this Joint Notice of Settlement.

                        Respectfully submitted,

                        **LEWIS THOMASON**

                        By:     s/Stephen W. Vescovo
                        STEPHEN W. VESCOVO (#7246)
                        LAURA L. DEAKINS (#30131)
                        2900 One Commerce Square
                        40 South Main St.
                        Memphis, TN  38103
                        (901) 525-8721
                        *Attorneys for Plaintiff, National Trust Ins. Co.*

## THE LAW OFFICES OF LIBBY & NAHMIAS

By:   s/Adam M. Nahmias
ADAM M. NAHMIAS   (16227)
150 Court,. Second Floor
Memphis, TN  38103
(901) 343-0777
*Attorney for Defendant A-Z Lightning Protection, LLC*

## THE FRICK LAW FIRM, PLLC

By:   s/Scott A. Frick
SCOTT A. FRICK   (12972)
5521 Murray Ave., Suite 100
Memphis, TN  38119
(901) 260-4515
*Attorney for Defendant Chief Electric Company*

7182346